No. 127. MCCLELLAN *v.* CALIFORNIA. October 10, 1932. Petition for writ of certiorari to the District Court of Ap-

612

peal, 1st Appellate District, of California, denied. *Mr. Robert B. McClellan, pro se. Messrs. U. S. Webb* and *Charles A. Wetmore, Jr.,* for respondent.